# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**COREY MOTT**
**#178803**                                                      **PLAINTIFF**

**V.**                        **NO. 4:26-cv-00231-LPR-ERE**

**LAFYETTE WOODS and**
**HUDSON**                                                    **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.    Procedure for Filing Objections

This Recommended Disposition ("RD") has been sent to United States District Lee P. Rudofsky. You may file written objections to all or part of this RD. Objections, if filed, must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this RD. If you do not object, you risk waiving the right to appeal questions of fact.

### II.   Background

On March 5, 2026, *pro se* plaintiff James Pearce filed this 42 U.S.C. § 1983 case on behalf of himself, Corey Mott, and Johnny Crow, all of whom are inmates at the W.C. Brassell Adult Detention Center. *Doc. 1*.

On March 13, 2026, mail sent to Mr. Mott from the Court was returned as undeliverable. *Doc. 4*.

On March 16, 2026, I ordered Mr. Mott to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 6.* To date, Mr. Mott has not responded to the Court's March 16 Order, and the time to do so has passed.

Mr. Mott has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 4*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Mott regarding his lawsuit.

### III.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.    Mr. Mott's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to my March 16 Order; (3) update his address; and (4) prosecute this lawsuit.

2.    The Clerk be instructed to close this case.

DATED 21 April 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2